**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| DONNA CHURA, et al. | ) | CASE NO. 1:08CV2386 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OLD REPUBLIC NATIONAL TITLE | ) | |
| INSURANCE COMPANY, | ) | |
| Defendant(s). | ) | **J U D G M E N T** |

The Court has filed its Order in the above-captioned matter. Accordingly, this matter is remanded to the Cuyahoga County Court of Common Pleas for adjudication.

IT IS SO ORDERED.

 S/Christopher A. Boyko
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

February 11, 2009